IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: Charlie Robinson,                         Chapter 13
         Debtor.                                 Case No: 10-30568

## OBJECTION TO CONFIRMATION

COMES NOW 1st Franklin Financial Corp, by and through counsel, and objects to confirmation of the Debtor's Plan for the following reasons:

1. The claim of 1st Franklin Financial Corp is secured by a lawnmower, which is undervalued.

2. The best interest test has not been met because the Debtor has sufficient equity in real property which would otherwise be paid to Creditors in a Chapter 7, which has not been proposed to be paid to unsecured Creditors.

Signed and dated this 10th day of May, 2010.

                                                           /s/ Richard C. Dean, Jr.
                                                           Attorney for 1st Franklin Financial Corp

OF COUNSEL:
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
abw

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the following by electronic transmittal or by placing the same in the U.S. Mail, postage prepaid, this 10th day of May, 2010:

| Charlie Robinson | Richard D. Shinbaum, Esq. | Curtis C. Reding, Esq. |
|---|---|---|
| 2013 Briargate Drive | P.O. Box 201 | P.O. Box 173 |
| Montgomery, AL 36111 | Montgomery, AL 36101 | Montgomery, AL 36101 |

                                                           /s/ Richard C. Dean, Jr.
                                                           OF COUNSEL